UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROGER WARREN JONES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-10-111 |
| | § | |
| MEDICAL PERSONNEL, LIMESTONE | § | |
| DETENTION CENTER, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF TRANSFER

This is a civil rights action filed by a federal prisoner pursuant to 42 U.S.C. § 1983. He is being held at the Limestone Detention Center in Groesbeck, Texas. Plaintiff alleges that medical personnel at the Limestone Detention Center are depriving him of medical care in deliberate indifference to his medical needs. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, defendant is a county jail facility operating in Limestone County, Texas, and the events of which plaintiff complains occurred in Limestone County, Texas. (D.E. 1). Limestone County lies within the Waco Division of the Western District of Texas. 28 U.S.C. § 124(d)(2). Jurisdiction is proper with that Court. 28 U.S.C. § 1391(b).

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Western District of Texas, Waco Division.

SIGNED and ORDERED this 23rd day of April, 2010.

_____
Janis Graham Jack
United States District Judge